## MEMORANDUM DECISION

Pursuant to Ind. Appellate Rule 65(D), this Memorandum Decision shall not be regarded as precedent or cited before any court except for the purpose of establishing the defense of res judicata, collateral estoppel, or the law of the case.



FILED

Nov 15 2019, 9:04 am

CLERK
Indiana Supreme Court
Court of Appeals
and Tax Court

ATTORNEY FOR APPELLANT

Ana M. Quirk
Muncie, Indiana

ATTORNEYS FOR APPELLEE

Curtis T. Hill, Jr.
Attorney General of Indiana

Marjorie Lawyer-Smith
Deputy Attorney General
Indianapolis, Indiana

# IN THE
# COURT OF APPEALS OF INDIANA

| | |
|---|---|
| William Eugene Murray, *Appellant-Defendant,* | November 15, 2019 |
| v. | Court of Appeals Case No. 19A-CR-1364 |
| | Appeal from the Delaware Circuit Court |
| State of Indiana, *Appellee-Plaintiff* | The Honorable Thomas A. Cannon, Jr., Judge |
| | Trial Court Cause No. 18C05-1610-F5-174 |

**Baker, Judge.**

This opinion is being handed down in tandem with a companion opinion in Case Number 19A-CR-1350, and the issues raised by William Murray in both appeals are identical. Pursuant to our analysis in that case, we affirm.

Kirsch, J., and Crone, J., concur.